JAMES PAUL GREEN, ESQ.   Bar No. 053645
Attorney at Law
335 West Portal Avenue
San Francisco, CA  94127
(415) 621-1501

Attorney for Defendants
JEA-II, INC.
LYNN A. KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JEA-Il, INC., dba NITECAP;<br>LYNN A. KIM,<br><br>       Defendants | Case No.: 12-cv-01603 JCS<br><br>AMENDED ORDER<br>EX PARTE APPLICATION<br>TO CONTINUE<br>STATUS CONFERENCE<br><br>Date:   July 13, 2012<br>Time:  1:30 p.m.<br><br>HONORABLE JOSEPH C. SPERO |

       DEFENDANTS JEA-Il, INC., dba NITECAP, and LYNN A. KIM by COUNSEL respectfully submit the following:

       1.   Counsel for moving party has just recently been engaged to defend the interests of defendants, and filed a Notice of Appearance in this Court on June 21, 2012. As of that date, defaults had either been entered, or been applied for with respect to defendants.

       2.   Insufficient time exists because of the press of other business for Counsel for defendants to comply with the requisites for a joint status conference statement, and thus a request was made of opposing Counsel, Mr. Michael G. Pitman, to continue same.

3. Counsel for the USA, Mr. Pitman, has advised that he will not oppose this Request for Continuance of the Status Conference, now set for July 13, 2012 at 1:30 p.m., for a period of 60 days, or as the Court may set, with the proviso that Answers be filed on behalf of defendants in the near term.

4. Upon approval of the Request for Continuance, defendants will prepare and file proposed Answer(s) to the Complaint, and Mr. Pitman has indicated that he will agree to set aside any default(s) which have been entered.

5. This Request is made for good cause, and not for purposes of delay, and/or to promote judicial economy for the Court, Counsel and the parties.

The Court is respectfully requested to continue the matter, and this application is submitted under penalty of perjury under the laws of the State of California at San Francisco, California.

DATED: July ___, 2012

_____
JAMES PAUL GREEN
Attorney for Defendants
JEA-Il, INC. and LYNN KIM

### ORDER

GOOD CAUSE APPEARING THEREFORE, the ~~Status~~ Case Management Conference now set for July 13, 2012 at 1:30 p.m. is vacated, and shall be re-set to  September 14 , 2012 at   1:30 PM   ~~a.m.~~, in the United States District Court, Northern District of California, before United States Magistrate Judge JOSEPH C. SPERO.

The joint case management conference statement shall be due on 9/7/12.

Dated: 7/10/12

_____
MAGISTRATE JUDGE
OF THE UNITED STATES DISTRICT COURT



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE

2