1  JAMES PAUL GREEN, ESQ.   Bar No. 053645
   Attorney at Law
2  335 West Portal Avenue
   San Francisco, CA  94127
3  (415) 621-1501

4  Attorney for Defendants
   JEA-II, INC.
5  LYNN A. KIM

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              Case No.:  12-cv-01603 JCS

11          Plaintiff,                     AMENDED ORDER
                                           EX PARTE APPLICATION
12      v.                                 TO CONTINUE
                                           STATUS CONFERENCE
13

14  JEA-Il, INC., dba NITECAP;
    LYNN A. KIM,
15                                         Date:     July 13, 2012
16          Defendants                     Time:     1:30 p.m.

17                                         HONORABLE JOSEPH C. SPERO
18

19

20          DEFENDANTS JEA-Il, INC., dba NITECAP, and LYNN A. KIM

21  by COUNSEL respectfully submit the following:

22          1.    Counsel for moving party has just recently been engaged to defend the

23  interests of defendants, and filed a Notice of Appearance in this Court on June 21, 2012.

24  As of that date, defaults had either been entered, or been applied for with respect

25  to defendants.

26          2.    Insufficient time exists because of the press of other business

27  for Counsel for defendants to comply with the requisites for a joint status conference

28  statement, and thus a request was made of opposing Counsel, Mr. Michael G. Pitman,

    to continue same.

                                                                            1

1        3.      Counsel for the USA, Mr. Pitman, has advised that he will not oppose

2    this Request for Continuance of the Status Conference, now set for July 13, 2012

3    at 1:30 p.m., for a period of 60 days, or as the Court may set, with the proviso that

4    Answers be filed on behalf of defendants in the near term.

5        4.      Upon approval of the Request for Continuance, defendants will prepare

6    and file proposed Answer(s) to the Complaint, and Mr. Pitman has indicated that he will

7    agree to set aside any default(s) which have been entered.

8        5.      This Request is made for good cause, and not for purposes of delay,

9    and/or to promote judicial economy for the Court, Counsel and the parties.

10       The Court is respectfully requested to continue the matter, and this

11   application is submitted under penalty of perjury under the laws of the State of California

12   at San Francisco, California.

13

14   DATED: July ⸌1⸍ , 2012

15

16

17                                            _____

18                                            JAMES PAUL GREEN
                                              Attorney for Defendants
19                                            JEA-Il, INC. and LYNN KIM

20

21                              <u>ORDER</u>

22                                                        Case Management
        GOOD CAUSE APPEARING THEREFORE, the ~~Status~~ Conference now

23   set for July 13, 2012 at 1:30 p.m. is vacated, and shall be re-set to _September 14_____ ,

24   2012 at __1:30 PM_____ ~~a.m.~~, in the United States District Court, Northern District

25   of California, before United States Magistrate Judge JOSEPH C. SPERO.

26    The joint case management conference statement shall be due on 9/7/12.

27

28    Dated: 7/10/12

     _____

     MAGISTRATE JUDGE
     OF THE UNITED STATES DISTRICT COURT



IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero